UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

| | |
|---|---|
| AMY BULLOCK, as an individual, as the next of kin and personal representative of Jeffrey Bullock, deceased, and as parent and next friend of Adam Bullock, Chelsea Bullock and Melissa Bullock,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>DAIMLER TRUCKS NORTH AMERICA, LLC, a limited liability company (formerly Freightliner, LLC),<br><br>Defendant - Appellee,<br><br>PENSKE TRUCK LEASING CO., LP, a limited partnership,<br><br>Defendant. | No. 12-1167<br>(D.C. No. 1:08-CV-00491-WJM-MEH) |

STIPULATION TO DISMISS

Pursuant to discussions held under Tenth Circuit Rule 33.1, Federal Rule of Appellate Procedure 42(b), and the agreement of the parties, the undersigned hereby stipulate that the above appeal may be dismissed with prejudice. Each party shall bear their own costs on appeal.

s/ [signature]
MICHAEL JOHN THOMSON, Esq.
Attorney for Plaintiff - Appellant
Amy Bullock

Street Address: 4410 Arapahoe Avenue, Suite 200, Boulder, CO 80303
Telephone Number: (303) 442-3366
Email Address: mthomson@purvisgray.net

s/ [signature]
DARIN LANG, Esq.
Attorney for Defendant - Appellee
Daimler Trucks North America, LLC

Street Address: 1125 17th Street, #600, Denver, CO 80202
Telephone Number: (303) 628-3300
Email Address: langd@hallevans.com

## CERTIFICATE OF DIGITAL SUBMISSION

In accordance with the court's CM/ECF User's Manual, I hereby certify that all required privacy redactions have been made. In addition, I certify that the hard copies of this pleading that may be required to be submitted to the court are exact copies of the ECF filing, and the ECF submission has been scanned for viruses with the most recent version of a commercial virus scanning program and, according to the program, is free of viruses.

s/ *Glorianne Scott*

Glorianne Scott
Purvis Gray LLP
4410 Arapahoe Avenue, Suite 200
Boulder, CO 80303
(303) 442-3366
gscott@purvisgray.net